UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KAREN MERROW, THOMAS JORDAN, and MICHAEL CROSS, on behalf of the P.L. Marketing, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | : : : : : : |
| Plaintiffs, | : CASE NO. 2:22-CV-00123-DLB-CJS |
| V. | : : |
| HORIZON BANK d/b/a/ HORIZON TRUST & INVESTMENT MANAGEMENT, THOMAS J. SCHUH, and TIMOTHY M. LOGSDON, | : : : : : |
| Defendants. | : : |

## AGREED ORDER FOR ADDITIONAL EXTENSION OF TIME

By agreement of the parties pursuant to LR 7.1(b), and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED** that Defendants Horizon Bank d/b/a Horizon Trust & Investment Management, Thomas J. Schuh, and Timothy M. Logsdon shall have up to and including January 12, 2023 to move, plead, or otherwise respond to Plaintiffs' Complaint. Plaintiffs shall have up to and including February 23, 2023 to move, plead, or otherwise respond to any responsive pleading or motion filed by any Defendant. Defendants shall have up to and including March 16, 2023 to file any reply in support.

So ordered this the _____ day of November 2022.

Have Seen and Agree:

*/s/ Ryan T. Jenny (with permission)*
Ryan T. Jenny (*pro hac vice*)
Gregory Y. Porter (*pro hac vice*)
Christina T. Natale
Bailey & Glasser LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Telephone: 202-463-2101
Fax: 202-463-2103
Email: rjenny@baileyglasser.com
Email: gporter@baileyglasser.com
Email: cnatale@baileyglasser.com
*Attorneys for Plaintiffs*

*/s/ Theresa A. Canaday*
Theresa Canaday
Frost Brown Todd LLC
400 W Market St., Suite 3200,
Louisville, KY 40202-3363
Telephone: 502-568-0369
Fax: 502-581-1087
Email: tcanaday@fbtlaw.com
*Attorney for Defendants Thomas J. Schuh and Timothy M. Logsdon*

*/s/ Mitzi D. Wyrick (with permission)*
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
Telephone: 502-562-7337
Fax: 502-589-0309
Email: mitziwyrick@wyattfirm.com

*/s/ Scott J. Stitt (with permission)*
Scott J. Stitt (Ohio 0073943)
Tucker Ellis LLP
175 S. 3rd St., Suite 520,
Columbus, OH 43215
Telephone: 614-358-9717
Fax: 614-358-9712
Email: scott.stitt@tuckerellis.com
*Attorneys for Defendant Horizon Bank d/b/a Horizon Trust & Investment Management*

0109411.0763401   4860-9859-1808v1