AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| KAREN MERROW, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-00123-DLB-CJS |
| HORIZON BANK, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Karen Merrow, Thomas Jordan, and Michael Cross

Date: 06/14/2023

*Attorney's signature*

Travis A. Prince, Esq. (KY Bar No. 99176)
*Printed name and bar number*

Bailey Glasser, LLP
209 Capitol Street
Charleston, WV 25301

*Address*

tprince@baileyglasser.com
*E-mail address*

(304) 345-6555
*Telephone number*

(304) 342-1110
*FAX number*