UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| KAREN MERROW, THOMAS JORDAN, and MICHAEL CROSS, on behalf of the P.L. Marketing, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>HORIZON BANK, d/b/a HORIZON TRUST & INVESTMENT MANAGEMENT, THOMAS J. SCHUH, and TIMOTHY M. LOGSDON,<br><br>Defendants. | Civil Action No. 2:22-cv-123-DLB-CJS<br><br><br><br>DEFENDANTS' REPORT ON THE STATUS OF ARBITRATION |

Pursuant to the Court's order [Doc. 52], Defendants Horizon Bank, Thomas Schuh, and Timothy Logsdon (collectively "Defendants") state that the parties have completed fact discovery and have an arbitration hearing set for August 11-15, 2025. Defendants will provide a further update in six months or as developments warrant.

Respectfully submitted,

| | |
|---|---|
| /s/ *Scott J. Stitt (per authorization on 5/7/25)* | /s/ *Brian P. Muething* |
| Scott J. Stitt (*pro hac vice*) | Michael L. Scheier (*pro hac vice*) |
| Tucker Ellis LLP | Brian P. Muething (*pro hac vice*) |
| 175 S. 3rd St., Suite 520 | Jacob D. Rhode (*pro hac vice*) |
| Columbus, OH 43215 | Amanda Brooke Burton (KBA No. 96213) |
| Telephone: 614-358-9717 | KEATING MUETHING & KLEKAMP PLL |
| Fax: 614-358-9712 | One East Fourth Street, Suite 1400 |
| scott.stitt@tuckerellis.com | Cincinnati, OH 45202 |
| | Telephone: 513.579.6400 |
| Mitzi D. Wyrick | Fax: 513.579.6457 |
| Wyatt Tarrant & Combs, LLP | mscheier@kmklaw.com |

1

| | |
|---|---|
| 400 W. Market St., Suite 2000<br>Louisville, KY 40202<br>Telephone: 502-589-5235<br>Fax: 502-589-0309<br>mitziwyrick@wyattfirm.com<br><br>*Counsel for Defendant Horizon Bank d/b/a Horizon Trust & Investment Management* | bmuething@kmklaw.com<br>jrhode@kmklaw.com<br>aburton@kmklaw.com<br><br>*Counsel for Defendants Thomas J. Schuh and Timothy M. Logsdon* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served, via the Court's CM/ECF system, on all counsel of record this 8th day of May, 2025.

                                                */s/ Brian P. Muething*
                                                Brian P. Muething (*pro hac vice*)