IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KAREN MERROW, THOMAS JORDAN, AND MICHAEL CROSS, ON BEHALF OF THE P.L. MARKETING, INC. EMPLOYEE STOCK OWNERSHIP PLAN, AND ON BEHALF OF A CLASS OF ALL OTHER PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BANK, D/B/A HORIZON TRUST & INVESTMENT MANAGEMENT, THOMAS J. SCHUH, AND TIMOTHY M. LOGSDON, <br><br> Defendants. | CASE NO. 2:22-cv-123-DLB-CJS <br><br><br> **DEFENDANTS' REPORT ON THE STATUS OF ARBITRATION** |

An arbitration hearing was held in August 2025 and post-hearing briefing is underway. Following the arbitrator's decision, the parties expect the arbitration proceedings to be concluded.

Defendants will provide a further update in six months or as developments warrant.

Respectfully submitted,

| | |
|---|---|
| *s/ Scott J. Stitt* | *s/ Brian P. Muething* |
| *Scott J. Stitt (pro hac vice)* | Michael L. Scheier (*pro hac vice*) |
| TUCKER ELLIS LLP | Brian P. Muething *(pro hac vice)* |
| 175 South Third Street, Suite 520 | Jacob D. Rohde (*pro hac vice*) |
| Columbus, OH 43215 | Amanda Brooke Burton (KBA No. 96213) |
| Telephone:   614.358.9717 | KEATING MUETHING & KLEKAMP PLL |
| Facsimile:   614.358.9712 | One East Fourth Street, Suite 1400 |
| E-mail:         Scott.Stitt@tuckerellis.com | Cincinnati, Ohio 45202 |
| | Telephone: 513.579.6100 |
| Mitzi D. Wyrick | Fax: 513.579.6457 |
| Wyatt Tarrant & Combs, LLP | mscheier@kmklaw.com |
| 400 W. Market St, Suite 2000 | bmuething@kmklaw.com |
| Louisville, KY  40202 | jrhode@kmklaw.com |
| Telephone 502.589.5235 | aburton@kmklaw.com |
| Fax 502.589.0309 | |
| Mitziwyrick@wyattfirm.com | Attorneys for Defendants THOMAS J. SCHUH AND TIMOTHY M. LOGSDON |
| Attorneys for Defendants | |
| HORIZON BANK, d/b/a HORIZON TRUST & INVESTMENT MANAGEMENT | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, a copy of the foregoing DEFENDANTS' REPORT ON THE STATUS OF ARBITRATION was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Brian P. Muething*
Brian P. Muething

15011474.2

3
7115331.1